### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   15-cv-1144 JPG/RJD |
| ) | |
| RICHARD WATSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 32). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 13, 2016

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE